Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>FAJITA FIESTA MEXICAN RESTAURANT, INC. dba FAJITA FIESTA, et al.,<br><br>    Defendants. | No. 1:13-cv-01144-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: November 4, 2013                    MOORE LAW FIRM, P.C.


                                          /s/Tanya E. Moore
                                          Tanya E. Moore
                                          Attorneys for Plaintiff

///

*Gutierrez v. Fajita Fiesta Mexican Restaurant, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 4, 2013**                   **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE